# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID P., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:20-CV-00020-LEW |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) | |
| | ) | |
| Defendant | ) | |

## **ORDER AFFIRMING RECOMMENDED DECISION**

On November 20, 2020, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. Plaintiff filed a timely objection to the same. I have reviewed and considered the Recommended Decision, together with the entire record. I have made a de novo determination of all matters adjudicated by the Recommended Decision and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision.

I note that while judicial review for substantial evidence invites judicial consideration of the significance of an ALJ's failure to discuss one or more factors listed in Social Security Ruling 16-3p, that is not the same thing as reviewing to determine whether the ALJ slavishly discussed every factor. Here, I concur with the Magistrate Judge's assessment that Plaintiff's argument concerning inadequate discussion of SSR 16-3p factors does not deprive the administrative decision of substantial evidentiary support.

The Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED.  The final administrative decision is AFFIRMED.

**SO ORDERED.**

Dated this 4th day of January, 2021.

                                  /s/ Lance E. Walker
                                  UNITED STATES DISTRICT JUDGE